UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22344-CIV-ALTONAGA/Torres

**MTN LABS LLC**,

    Plaintiff,

v.

**JONI NIEMELA**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on a review of Plaintiff, MTN Labs LLC's Motion for Entry of Default Final Judgment [ECF No. 16], filed on November 8, 2022.

The Order of November 3, 2022 [ECF No. 15], required Plaintiff to submit a motion for default final judgment no later than November 9, 2022. The Order provided that the *motion for default final judgment* be accompanied by affidavits of any sum certain due by Defendant, and any other supporting documentation necessary to determine Plaintiff's measure of damages. The *motion* also had to be accompanied by: (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. app. § 521(b), if applicable; (2) a proposed order; and (3) a proposed final judgment. (These last two are required by Local Rule 7.1(a)(2).). The Order further advised that according to the CM/ECF Administrative Procedures, the proposed order must be submitted to the Court by e-mail in Word format at altonaga@flsd.uscourts.gov and Plaintiff should send a copy of the *motion* to Defendant's counsel, or to Defendant if it does not have counsel. Finally, Plaintiff was directed to include in the certificate of service an acknowledgment that notice was sent and the address where notice was sent.

CASE NO. 22-22344-CIV-ALTONAGA/Torres

Plaintiff emailed the Court a proposed order, but it failed to attach the proposed order to its Motion on the docket. Moreover, the proposed order merely summarizes the Complaint, the factual background, and Plaintiff's legal arguments; its discussion section contains only one case citation. Legal analysis explaining why Plaintiff is entitled to a default judgment and for the amount requested is required. What Plaintiff has supplied does not suffice for what is supposed to be a memorandum of law. Finally, Plaintiff did not submit a proposed final judgment.

Based on these inadequacies, it is

**ORDERED AND ADJUDGED** that Plaintiff, MTN Labs LLC's Motion for Entry of Default Final Judgment **[ECF No. 16]** is **DENIED without prejudice**. Plaintiff has until **November 15, 2022**, to file a renewed motion for default judgment and well-supported proposed order, containing a discussion of the applicable law and facts admitted by virtue of Defendant's default, as well as a proposed final judgment failing which the claims against Defendant will be dismissed without prejudice and this case closed.

**DONE AND ORDERED** in Miami, Florida, this 9th day of November, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record